UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SUKHROB KHOLMAKHMATOV,

Petitioner,

v.

MIKE LEWIS,
Jailer of the Hopkins County Jail, et al.,

Respondents.

Civil Action No. 4:26-cv-680-CHB

**ORDER**
**REMANDING HEARING**

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing, [R. 8]. The parties state that they are "not aware of any relevant factual disputes," and they therefore request to cancel the hearing and submit this matter to the Court on the briefs. *Id.* Accordingly, the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand/Cancel Hearing, [**R. 8**], is **GRANTED**.

2. The **hearing** that was scheduled for November 2, 2026, is **REMANDED** from the Court's docket.

3. Per Order to Show Cause, [R. 6], Respondents' response is due **October 28, 2026**, and Petitioner's reply is due **October 30, 2026**.

This the 28th day of October, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record